Film Title: Dallas Buyers Club

Rights Owner: Dallas Buyers Club

| | File Hash: SHA1: F18A60DB02EC3B55C18924F47955DE766DACC537 | | | |
|---|---|---|---|---|
| **John Doe** | **IP Address** | **Hit Date and UTC** | **ISP** | **City** |
| 1 | 50.155.223.47 | 2/17/15 1:33 AM | Comcast Cable | Denver |
| 2 | 76.25.31.192 | 2/14/15 5:20 PM | Comcast Cable | Denver |
| 3 | 71.215.82.108 | 2/14/15 9:13 AM | CenturyLink | Denver |
| 4 | 73.14.234.139 | 2/12/15 7:26 AM | Comcast Cable | Denver |
| 5 | 73.3.247.182 | 2/9/15 3:34 AM | Comcast Cable | Fountain |
| 6 | 67.164.169.220 | 2/9/15 2:21 AM | Comcast Cable | Louisville |
| 7 | 24.8.12.134 | 2/8/15 5:01 PM | Comcast Cable | Aurora |
| 8 | 71.219.197.36 | 2/7/15 1:35 AM | CenturyLink | Colorado Springs |
| 9 | 174.51.101.8 | 2/2/15 4:50 AM | Comcast Cable | Denver |

