THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00716

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

       Plaintiff,

v.

JOHN DOES 1-9,

       Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 3.2, Counsel for Plaintiff Dallas Buyers Club, LLC, hereby notifies the court that the following cases pending in this judicial district are related to the above-captioned action in that all of the plaintiffs are represented by the undersigned counsel, are holders of copyrights to mainstream films, there are John Doe defendants, and all of the cases concern alleged BitTorrent copyright infringement and therefore have common questions of law and fact:[1]

1. Dallas Buyers Club, LLC v. Matthew Dale Stuart
   1:14-cv-02424-WYD-MEH;

---

[1] There are a large number of other cases that are also arguably related to the above-captioned case in this district and other federal judicial districts, however the Plaintiff's counsel in this case is not counsel in those other cases, and, due to the large number of such cases, it would be unduly burdensome for the Plaintiff's counsel in this case to attempt to identify all such cases filed or defended by other counsel.

2. Dallas Buyers Club, LLC v. Matt Taylor
   1:14-cv-02682-WYD-MEH;

3. Dallas Buyers Club, LLC v. John Does 3, 5, and 6
   1:14-cv-02865-WYD-MEH;

4. Dallas Buyers Club, LLC v. John Does 1, 4, and 6
   1:14-cv-02979-WYD-MEH;

5. Dallas Buyers Club, LLC v. John Does 1, 3, 5-6, and 12
   1:14-cv-03117-WYD-MEH;

6. Dallas Buyers Club, LLC v. John Does 5, 11, and 13
   1:14-cv-03265-WYD-MEH;

7. Dallas Buyers Club, LLC v. John Does 1-6, 8, 10-11, and 13-18
   1:15-cv-00010-WYD-MEH;

8. Dallas Buyers Club, LLC v. John Does 2, 4-6, 9-10, and 12
   1:15-cv-00145-WYD-MEH;

9. Dallas Buyers Club, LLC v. John Does 1-13
   1:15-cv-00506-WYD-MEH;

10. Dallas Buyers Club, LLC v. John Does 1-9
    1:15-cv-00598-WYD-MEH.

DATED this 7th day of April, 2015.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for Plaintiff

3

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By: /s/ *David J. Stephenson, Jr.*