**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00716

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

   v.

JOHN DOES 1-9,

        Defendants.

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1**

---

Pursuant to Fed. R. Civ. P. 7.1, the Plaintiff hereby discloses that:

(1)  The Plaintiff does not have a parent corporation or any publicly held corporation owning more than 10% of its stock.  It is a 100% privately held company.

(2)  The Plaintiff LLC has two members:

Nicolas Chartier
662 N. Crescent Heights Blvd.
Los Angeles, CA 90048

Joe Newcomb
c/o Truth Entertainment, LLC
2170 Buckthorne Place
Suite 400
The Woodlands, TX 77385

DATED this 7th day of April, 2015.

Respectfully submitted,


/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*