IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00716-WYD-MEH

DALLAS BUYERS CLUB, LLC

     Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 6,
JOHN DOE 7,

     Defendants.

## ORDER DISMISSING PARTY WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice of Defendant John Doe 4 (ECF No. 23), filed on October 5, 2015.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant, John Doe 4, shall be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

     ORDERED that defendant, John Doe 4, is **DISMISSED WITH PREJUDICE** from this action.  It is

     FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Doe 4.

     Dated: October 6, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge